UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Angela Maye

                Plaintiff,

vs.

Shannon Enterprises of Western New York, Inc.

                Defendant.

Stipulation of Discontinuance

Case 1:16-cv-00583

It is hereby stipulated and agreed by and between the parties and/or their respective counsel that the above-captioned action together with any and all cross-claims and counterclaims, be and the same is, hereby discontinued, with prejudice and without costs to any party.

Dated: January 31, 2017

_____
PHILLIPS LAW FIRM, P.C.
Gary M. Phillips
112 Franklin Street
Buffalo, NY 14202
Tel: (716) 849-5915
Fax: (716) 849-0592
gary@phillipsphillipslaw.com
*Attorney for Plaintiff*

_____
CHAD MURRAY LAW
363 S. Main Street, Ste. 505B
Decatur, IL 62523
217-620-7224
chad@chadmurraylaw.com
*Attorney for Defendant*